Carney R. Shegerian, Esq., State Bar No. 150461     JS-6
CShegerian@ShegerianLaw.com
Astineh Arakelian, Esq., State Bar No. 265761
AArakelian@ShegerianLaw.com
SHEGERIAN & ASSOCIATES, INC.
225 Arizona Avenue, Suite 400
Santa Monica, California 90401
Telephone Number:  (310) 860-0770
Facsimile Number:   (310) 860-0771

Attorneys for Plaintiff,
MERVYN C. CLEMENT

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MERVYN C. CLEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ROBERT G. BENKESER, ERIC K. SHINSEKI, and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No.:  CV 10-03982 PA (AJWx)**<br><br>**The Honorable Percy Anderson**<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND CAUSES OF ACTION**<br><br><br><br>Action Filed:  April 12, 2010 |

---

[PROPOSED ORDER] JOINT STIPULATION TO DISMISS THE ENTIRE ACTION

# ORDER

Good cause appearing therefore, the Court will dismiss with prejudice the entire action as to all defendants and all causes of action. It is further ordered that each party will bear their own costs and attorneys fees incurred herein.

IT IS SO ORDERED.

Dated:  March 30, 2011

_____
The Honorable Percy Anderson
United States District Court Judge

**CLEMENT v U.S. DEPT. OF V.A.     USDC CASE NO.:  CV 10-03982 PA(AJWX)**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 225 Arizona Avenue, Suite 400, Santa Monica, California 90401.

On March 30, 2011, I served the foregoing document, described as **"[PROPOSED ORDER] JOINT STIPULATION TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND CAUSES OF ACTION"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Tim L. Laske, Esq.**
**United States Attorney**
**Central District of California**
**Federal Building, Suite 7516**
**300 North Los Angeles Street**
**Los Angeles, California 90012**

☒ **(BY MAIL)** As follows:

☒ I placed such envelope, with postage thereon prepaid, in the United States mail at Santa Monica, California.

☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Santa Monica, California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **(BY PERSONAL SERVICE)**  I caused such envelope to be delivered by hand to the attorney at the offices of the addressee.

☐ **(BY ELECTRONIC MAIL)**  I sent such document via facsimile mail to the number(s) noted above.

☐ **(STATE)**  I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

☒ **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 30, 2011, at Santa Monica, California.

Zonia Robles